# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 21-03561JVS(Ex) |
| Date | July 21, 2021 |
| Title | Jamil Gulmann Shihab, etc v Rap-Up, LLC, et al |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:   [IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                                 August 9, 2022 at 8:30 a.m.
   File Findings of Fact and Conclusions of Law by August 2, 2022
**Final PreTrial Conference**        July 25, 2022 at 11:00 a.m.
   File PreTrial Documents not later than July 18, 2022
   File motions in limine not later than June 27, 2022
**Discovery Cut-off**                  April 26, 2022
**Expert Discovery Cut-off**       July 5, 2022
   Initial disclosure of Experts not later than May 24, 2022
   Rebuttal disclosure of Experts not later than June 21, 2022
**Law and Motion Cut-off**         June 20, 2022 at 1:30 p.m.
   Motions to be filed and served not later than May 23, 2022

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2, before the Court's Attorney Settlement Panel.  The Court orders that any settlement discussions shall be completed not later than May 13, 2022.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for July 26, 2021 at 11:30 a.m. is VACATED.**

|   | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |