**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL GULMANN SHIHAB, p/k/a JAMIL GS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAP-UP, LLC, a California limited liability company, individually and doing business as RAP-UP MAGAZINE; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-03561-JVS-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff, Jamil Gulmann Shihab, voluntarily dismisses the above-captioned action in its entirety *with prejudice*. Each party shall bear its own costs and fees. No order is required on this Notice per the above-mentioned Federal Rule.

Respectfully submitted,

Dated: December 15, 2021

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff

SO ORDERED.

JAMES V. SELNA
U.S. District Judge

Dated: December 20, 2021

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE